CLERK'S OFFICE U.S. DIST COURT
AT HARRISONBURG, VA
FILED

JUN 01 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

MATTHEW W. ARMSTRONG, )
)
Plaintiff, ) Case No. 5:16-cv-53
)
v. )
)
JAMES MADISON )
UNIVERSITY, et al., )
) By: Michael F. Urbanski
Defendants. ) United States District Judge

## ORDER

In accordance with the accompanying Memorandum Opinion, the court:

1. **ADOPTS** the Magistrate Judge's report and recommendation, ECF No. 24, in its entirety;

2. **DISMISSES WITH PREJUDICE** all claims brought under 42 U.S.C. § 1983 and under state law against James Madison University and all such claims for damages against the other defendants in their official capacities;

3. **DISMISSES WITH PREJUDICE** all claims brought under Title IX against the defendants in their individual capacities; and

4. **DISMISS WITHOUT PREJUDICE** Armstrong's remaining claims.

It is so **ORDERED**.

Entered: 6-1-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge